# United States Court of Appeals
## For the First Circuit

No. 19-1971

UNITED STATES OF AMERICA,

Appellee,

v.

JESUS LEONARDO CASTILLO-MARTINEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 27, 2021, is amended as follows:

On page 16, line 19, replace "Lozada" with "<u>Lozada</u>"

On page 60, line 23, replace "United States v. Soto-Mateo" with "<u>United States</u> v. <u>Soto-Mateo</u>"

On page 61, line 1, replace "See" with "<u>See</u>"